```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  ANTONIO RANGEL-VEGA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:12-cr-0335 LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE COURT DATE; ORDER |
| v. | ) |
| ANTONIO RANGEL-VEGA, | ) DATE: October 15, 2012<br>) TIME: 10:00 A.M.<br>) JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

The parties through their respective counsel, Assistant United States Attorney Megan Richards and Assistant Federal Defender Victor M. Chavez hereby agree and stipulate that the arraignment presently set for October 12, 2012 before Magistrate Judge Austin may be taken off calendar and that the matter may be set before Judge O'Neill on October 15, 2012 at 10:00 a.m. for arraignment and change of plea.

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: October 10, 2012                  By:   /s/ *Megan Richards*
                                                        MEGAN RICHARDS
                                                          Assistant United States Attorney
                                                          Counsel for Plaintiff

///

///

|   |   |
|---|---|
| | DANIEL J. BRODERICK |
| | Federal Defender |
| DATED: October 10, 2012     By: | /s/ *Victor M. Chavez* |
| | VICTOR M. CHAVEZ |
| | Assistant Federal Defender |
| | Attorney for Defendant |
| | ANTONIO RANGEL-VEGA |

## ORDER

IT IS SO ORDERED.

**Dated: October 11, 2012**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE